# United States District Court
# For The Western District of North Carolina
# Statesville Division

DANNY L. SNIDER,

       Petitioner,                      JUDGMENT IN A CIVIL CASE

vs.                                      CASE NO. 5:09CV83-1-MU

RICK JACKSON, ADMINISTRATOR,
LANESBORO CORRECTIONAL INSTITUTION,

       Respondent.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 5, 2009, Order.

                                  Signed: August 5, 2009

_____
Frank G. Johns, Clerk
United States District Court